IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

PAMELA STORMS,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

_____/

Case No.  5D21-3007
LT Case Nos.  2019-CF-001224-A
                2020-CF-001212-A
                2021-CF-000912-A

Opinion filed July 29, 2022

Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Matthew J. Metz, Public Defender,
and Allison A. Havens, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General, and
Robin A. Compton, Assistant Attorney
General, Daytona Beach, for
Appellee.

WOZNIAK, J.

In this <u>Anders</u>[1] appeal, we affirm Appellant's judgment and sentence. However, the trial court's Order on Motion to Correct Sentencing Error reflects that, in case number 2021-CF-000912-A, the amount imposed for "Prosecution/Investigative Costs" was to be corrected to $100 but, due to a scrivener's error, the corrected order mistakenly imposed $200. We remand for correction of that order. <u>See, e.g.</u>, <u>Roberts v. State</u>, 252 So. 3d 424, 424 (Fla. 5th DCA 2018) (affirming <u>Anders</u> appeal but remanding for correction of scrivener's error).

AFFIRMED and REMANDED with instructions.

HARRIS and SASSO, JJ., concur.

---

[1] <u>Anders v. California</u>, 386 U.S. 738 (1967).